BEFORE THE FIRST DIVISION, FEBRUARY 7, 1939

**No. 40600.**—Protests 794553–G, etc., of F. W. Woolworth Co. (New York).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden bases in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 40601.**—Protest 801989–G of Elizaldo & Co. (San Francisco).

Opinion by SULLIVAN, J.   On the authority of *Associated Commercial Co.* v. *United States* (T. D. 47649) the gin bottles in question were held dutiable at one-third of 1 cent per pound under paragraph 217 by virtue of paragraph 810 as claimed.   Judge Brown concurred in the result constrained by *Associated Commercial* v. *United States* (24 C. C. P. A. 402, T. D. 48855).

**No. 40602.**—Protest 958942–G of Advance Solvents & Chemical Corp. (New York).

Opinion by BROWN, J.   In accordance with the formal admission of the Government the claim at 25 percent under paragraph 5 was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 7, 1939

**No. 40603.**—Protest 731364–G of S. J. Nicholas & Co. (Los Angeles).

Opinion by KINCHELOE, J.   On the authority of *Akawo* v. *United States* (T .D. 48067) the protest was sustained.

**No. 40604.**—Protest 944646–G of Continental Merchandise Corp. (New York).

Opinion by KINCHELOE, J.   The sample consists of a cloth approximately 15 by 13 inches, woven in such a manner that the entire surface consists of small squares, the sides of which are raised, the weaving creating a rather coarse texture. The preponderance of the evidence was found to sustain the plaintiff's contention.   The claim that the merchandise consists of dust cloths dutiable at 25 percent under paragraph 911 (b) was therefore sustained.